# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| UBS FINANCIAL SERVICES INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:22-cv-02124-RLY-TAB |
| ) | |
| DANIEL CHILLEMI, BRENDON HARBRON, ) | |
| DAVID BARTZ, GEORGE KEMPF, ) | |
| JORDAN FRYE, MARC WHITE AND ) | |
| OZZIE FISHMAN, ) | |
| ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO MAINTAIN LIMITED REDACTION AND CONTINUE USE OF PSEUDONYMS**

This matter having come before the Court on Plaintiff's Unopposed Motion to Maintain Limited Redaction and Continue Use of Pseudonyms and the Court having duly advised in the premises, now **GRANTS** the Motion. [Filing No. 36.]

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that pursuant to L. R. 5-11(c)(2):

1. UBS is permitted to redact non-party client identifying information and refer to said client by pseudonym in all documents filed in the above-captioned cause of action.

2. UBS' redaction of non-party client identifying information in the public version of the Complaint (Dkt.1), Motion for Temporary Restraining Order and Preliminary Injunction (Dkt. 5), supporting Brief (Dkt. 5-2), Declarations (Dkt. 4-6 and 5-3), Reply Brief (Dkt. 26), Declarations (Dkt. 26-1, 26-5, 26-6 and 26-7) and Exhibits I (Dkt. 3-6), W (Dkt. 5-6), X (Dkt. 5-

7), Y (Dkt. 5-8), Z (Dkt. 5-9), AA (Dkt. 5-10), FF (Dkt. 5-16), GG (Dkt. 5-17), JJ (Dkt. 5-20), NN (Dkt. 26-2) and OO (Dkt. 26-3) is allowed.

The unredacted copies of said documents filed with Plaintiff's Motion to Maintain Limited Redaction and Continue Use of Pseudonyms will be maintained under seal. (Dkts. 29, 30, 31, 32, 33, 34)

3. UBS is permitted to redact individually named Defendants' addresses in the public version of Exhibits A (Dkt. 2), A1 (Dkt. 2-1), G (Dkt. 3-3), and H (Dkt. 3-4) and the names of non-party UBS financial advisors in the public version of Exhibits L (Dkt. 3-9) and M (Dkt. 3-10).

Date: 11/28/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.